IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

JOHN HYACINTH,

Defendant.

CRIMINAL FILE NO.

1:06-CR-172-6-TWT

ORDER

This is a criminal action. It is before the Court on the Report and
Recommendation [Doc. 788] of the Magistrate Judge recommending denying the
Defendant's Motion to Vacate Sentence [Doc. 756]. For the reasons set forth in the
thorough and well reasoned Report and Recommendation, the Defendant is not
entitled to relief on his claims of ineffective assistance of counsel. The Court is not
required to obtain the Defendant's consent to refer the motion to a Magistrate Judge
for a Report and Recommendation. The Court approves and adopts the Report and
Recommendation as the judgment of the Court. The Defendant's Motion to Vacate
Sentence [Doc. 756] is DENIED. No Certificate of Appealability will be issued.

SO ORDERED, this 8 day of June, 2012.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge